[No. 48098-7-I.   Division One.   December 23, 2002.]

THE CITY OF EVERETT, *Respondent*, v. MANUEL RHODES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-00987-3, Kenneth L. Cowsert, J., entered January 3, 2001. *Reversed* by unpublished opinion per Grosse, J., concurred in by Ellington and Appelwick, JJ.

[No. 48134-7-I.   Division One.   December 23, 2002.]

THE CITY OF SEATTLE HOUSING AUTHORITY, *Respondent*, v. RIKKI J. LEESON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-29784-0, Catherine D. Shaffer, J., entered January 18, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48493-1-I.   Division One.   December 23, 2002.]

THOMAS JONES, ET AL., *Appellants*, v. NORTHWEST PIPELINE CORP., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-03960-4, Mary Yu, J., entered April 13, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48581-4-I.   Division One.   December 23, 2002.]

*In the Matter of the Marriage of* MICHAEL C. FISHER, *Respondent*, and KRISTI L. NOBLES-FISHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-3-07011-6, James A. Doerty, J., entered December 10, 2001. *Affirmed* by unpublished per curiam opinion.